IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 1:03cr121-T |
| | ) | WO |
| CHARLOTTE DUCKER DOWNES | ) | |

**ORDER**

On July 18, 2005, defendant waived her detention hearing and preliminary hearing in this case. Based on this waiver and the evidence alleged in the petition in this matter, the Magistrate Judge finds that there is probable cause to believe that the defendant committed the offenses charged in the petition filed on July 12, 2005. Therefore, the defendant is bound over to the District Court for a revocation hearing. Pending the hearing, the defendant shall be held in custody of the U. S. Marshal.

DONE, this 20th day of July, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE